FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 20 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
DONALD FRANKS

    v

CITY OF NEW YORK, et al.,
-------------------------------------------------X
PHILIP SEPULVEDA

    v

THE CITY OF NEW YORK, et al.,
-------------------------------------------------X

ORDER
13-CV-623

13-CV-4320

**Jack B. Weinstein, Senior United States District Judge**

The recommendation in the Magistrate Judge's memorandum and order dated September 17, 2013, is adopted.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 9/19/13